FILED
CLERK, U.S. DISTRICT COURT

August 1, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADINE KRAKOV, <br><br> PLAINTIFF(S) <br><br> v. <br><br> DAWN CHRISTIE-PEQUIGNOT, <br><br> DEFENDANT(S) | CASE NUMBER <br><br> CV 17-05508-JAK-(AFMx) <br><br> ORDER RE REQUEST TO PROCEED |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____     _____
Date                          United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☐ Legally and/or factually patently frivolous
- ☐ Other: _____
- ☒ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:

_7/27/2017_          _[signature]_
Date                 United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
    - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
    - ☐ This case is hereby DISMISSED immediately.
    - ☒ This case is hereby REMANDED to state court.

_August 1, 2017_          _[signature]_
Date                      United States District Judge

CV-73 (08/16)     ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*